# EXHIBIT C-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SANDRICA GARRETT §<br>§<br>PLAINTIFF, §<br>§<br>VS §<br>§<br>KIRBY INLAND MARINE, LP, §<br>CLEOPATRA SHIPPING AGENCY, LTD, §<br>AND SEA GALAXY MARINE, S.A. §<br>§<br>DEFENDANTS. § | C.A. NO. _____<br><br>ADMIRALTY |

## LIST OF COUNSEL OF RECORD

Counsel for Plaintiff:    Jason A. Itkin
                          Texas State Bar No. 24032461
                          Cory D. Itkin
                          Texas State Bar No. 24050808
                          Noah M. Wexler
                          Texas State Bar No. 24060816
                          ARNOLD & ITKIN LLP
                          6009 Memorial Drive
                          Houston, Texas 77007
                          Telephone:
                          Facsimile:
                          Email: jitkin@arnolditkin.com
                                 citkin@arnolditkin.com
                                 nwexler@arnolditkin.com

Counsel for Defendants Cleopatra    Dimitri P. Georgantas
and Sea Galaxy:                     Texas State Bar No. 07805100
                                    Kevin P. Walters
                                    Texas State Bar No. 20818000
                                    Eugene W. Barr
                                    Texas State Bar No. 24059525
                                    CHAFFE MCCALL, L.L.P.
                                    801 Travis Street, Suite 1910
                                    Houston, Texas 77002
                                    Telephone:  713.546.9800
                                    Facsimile:  713.546.9806
                                    Email: georgantas@chaffe.com
                                           walters@chaffe.com
                                           barr@chaffe.com

2265337-1                               1

Counsel for Defendant Kirby:	Jad J. Stepp
	Texas State Bar No. 19169100
	Dennis J. Sullivan
	Texas State Bar No. 19473750
	STEPP & SULLIVAN, P.C.
	1010 Lamar Street, Suite 810
	Houston, Texas 77002
	Telephone:  713-336-7200
	Facsimile:  713-336-7250
	Email: jstepp@ss-pc.com
	       dsullivan@ss-pc.com

2265337-1	2