# EXHIBIT C-2

Skip to Main Content  Logout  My Account  Search Menu  New Case Search  Back

Location : Galveston County
Questions and Answers on Images

# CASE NO. CV-0071917
## SANDRICA GARRETT VS. KIRBY INLAND MARINE, LP, ET AL

| Selected Event | Image | Page Count |
|---|---|---|
| 04/11/2014 Original Petition (OCA) | Plaintiff's Original Petition .pdf | 0 |

| Other Events on This Case | Image | Page Count |
|---|---|---|
| 04/11/2014 Case Cover Sheet | Civil Case Information Sheet.pdf | 0 |
| 04/11/2014 Status Conference | Status Conference | 1 |
| 04/15/2014 Demand For Jury Trial | Demand For Jury Trial | 1 |
| 04/28/2014 Amended Petition | Amended Petition | 6 |
| 05/13/2014 Intervention | Intervention | 5 |
| 05/19/2014 Original Answer | Original Answer | 0 |
| 05/19/2014 Demand For Jury Trial | Demand For Jury Trial | 1 |
| 05/20/2014 Notice(s) | Notice(s) | 0 |

| Other Images on This Case | Image | Page Count |
|---|---|---|
| 04/11/2014 Images | Cleopatra Shipping Agency, LTD - Citation - Servic | 1 |